# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF INDIANA
# INDIANAPOLIS DIVISION

| | |
|---|---|
| JASON R. KNIPP, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| vs. | ) CASE NO. 1:21-cv-403-JMS-DLP |
| | ) |
| MIDDLETOWN PROPERTY GROUP LLC, | ) |
| | ) |
| Defendant | ) |

## ORDER REGARDING PARTIES' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

This matter is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice. Upon consideration of the Joint Stipulation, and for good cause having been shown, it is hereby ORDERED that same is GRANTED [31] and that the above matter is hereby dismissed with prejudice and with each party to bear his/her own costs and attorneys' fees.

SO ORDERED.

Date: 5/12/2022

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Distribution via ECF.